CO-386-online
10/03

# United States District Court
# For the District of Columbia

Travis Grandison )
)
)
)
vs  Plaintiff )  Civil A  Case: 1:07-cv-00754
)  Assigned To : Collyer, Rosemary M.
)  Assign. Date : 04/25/2007
Wackenhut Services, Inc. )  Description: GRANDISON v. HACKENHUT SERVICES, INC., K: LABOR-ERISA
)
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Wackenhut Services, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Wackenhut Services, Inc.__ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Kristine J. Dunne
Print Name

375394
_____
BAR IDENTIFICATION NO.

Arent Fox LLP, 1050 Connecticut Avenue, N.W.
Address

Washington, D.C.         20036-5339
City         State         Zip Code

(202) 857-6000
Phone Number

2