UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON         ) | |
|         Plaintiff    ) | |
| v.                       ) | Civil Action No. 1:07-EV-00754(RMC) |
| UNITED STATES OF AMERICA ) | |
|         Defendant   ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT.**

Plaintiff's reply to Defendant's motion is due May 10, 2007. Counsel has had a series of family emergencies which necessitates a brief extension until May 15, 2007. The undersigned contacted counsel for Defendant who consented to this extension of time for the filing of the reply. Counsel respectfully requests that Plaintiff be given to the close of business on May 15, 2007 to prepare this pleading. Defendant's counsel has consented to this motion.

        Respectfully submitted,

        _____
        Jay Schiffres, Esq., D.C. Bar 185488
        700 E Street, SE
        Washington, D.C. 20003
        (703) 383-3991/Telephone
        (703) 383-3998/Facsimile

Dated May 10, 2007        Counsel for Travis Grandison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
|     v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **Defendant** ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR, IN THE
ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

1. Federal Rules of Civil Procedure.

                Respectfully submitted,


                _____
                **Jay Schiffres, Esq., D.C. Bar 185488**
                **700 E Street, SE**
                **Washington, D.C. 20003**
                **(703) 383-3991/Telephone**
                **(703) 383-3998/Facsimile**

**Dated:  May 10, 2007**        **Counsel for Travis Grandison**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF Plaintiff Travis Grandison's Consent Motion For an Extension of Time to file a Reply to Defendant's Motion for Partial Dismissal or, in the Alternative, for partial summary judgment and the Memorandum of Points and Authorities in Support and argument of counsel, it is this _____ day of _____ 2007,

ORDERED that Plaintiff Motion be, and hereby is GRANTED in its entirety and it is further

ORDERED that Plaintiff's reply to Defendant's Motion be extended to close of business on May 15, 2007.

_____
**Judge Rosemary M. Collyer**