UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>    Defendant )<br>) | Civil Action No. 1:07-EV-00754(RMC) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT.**

Plaintiff's reply to Defendant's motion was due yesterday May 15, 2007. Unfortunately due to medical issues concerning his son, the undersigned is submitting the reply one day late. Counsel contacted counsel for the Defendant seeking consent but has not as yet heard back from him. Counsel respectfully requests that Plaintiff be allowed to file Plaintiff's reply today, May 16, 2007.

Respectfully submitted,

_____
Jay Schiffres, Esq., D.C. Bar 185488
700 E Street, SE
Washington, D.C. 20003
(703) 383-3991/Telephone
(703) 383-3998/Facsimile

Dated May 16, 2007         Counsel for Travis Grandison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR, IN THE
ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

**1. Federal Rules of Civil Procedure.**

           Respectfully submitted,

           _____
           **Jay Schiffres, Esq., D.C. Bar 185488**
           **700 E Street, SE**
           **Washington, D.C. 20003**
           **(703) 383-3991/Telephone**
           **(703) 383-3998/Facsimile**

**Dated: May 10, 2007**      **Counsel for Travis Grandison**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:07-EV-00754(RMC)** |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF Plaintiff Travis Grandison's Motion For an Extension of Time to file a Reply to Defendant's Motion for Partial Dismissal or, in the Alternative, for partial summary judgment and the Memorandum of Points and Authorities in Support and argument of counsel, it is this _____ day of _____ 2007,

ORDERED that Plaintiff Motion be, and hereby is GRANTED in its entirety and it is further

ORDERED that Plaintiff's reply to Defendant's Motion be extended to close of business on May 16, 2007.

**Judge Rosemary M. Collyer**