UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant ) | |
| ) | |

**PLAINTIFF'S CONSENT  6 (b)(2) MOTION FOR LEAVE TO FILE MOTION OUT OF TIME.[1]**

Plaintiff, through the undersigned, respectfully requests the Court to allow Plaintiff to file out of time the Attached Motion (Exhibit A), for the following reasons:

1. On May 10, 2007, Plaintiff filed a Consent Motion for an Extension of Time to file a Reply to Defendant's Motion to Dismiss.
2. On May 15, 2007, the Court granted this request and ordered that Plaintiff's reply be extended to close of business on May 15, 2007.
3. Plaintiff filed a Motion for a Continuance as well as the Reply to Defendant's motion on May 16, 2007.
4. By Order dated May 16, 2007, the Court denied Plaintiff's Motion for a Continuance without prejudice inasmuch as Plaintiff should have moved to file a motion out of time.
5. Plaintiff's counsel through inadvertence as well as the family matters noted in Exhibit A, incorrectly filed the aforementioned Motion for a Continuance on May 16, 2007.
6. Defendant does not oppose this motion.

---
[1] See Attached Exhibit A

  Wherefore, it is respectfully requested that the instant Motion for Leave to file out of time be accepted by this honorable Court inasmuch as the above noted error constitutes excusable neglect.

            Respectfully submitted,

            _____
            **Jay Schiffres, Esq., D.C. Bar 185488**
            **700 E Street, SE**
            **Washington, D.C. 20003**
            **(703) 383-3991/Telephone**
            **(703) 383-3998/Facsimile**

**Dated: May 20, 2007**   **Counsel for Travis Grandison**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     v. | )    Civil Action No. 1:07-EV-00754(RMC) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
|     **Defendant** | ) |
| | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OR, IN THE
ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

**1. Federal Rules of Civil Procedure 6(b)(2)**

              **Respectfully submitted,**

          _____
          **Jay Schiffres, Esq., D.C. Bar 185488**
          **700 E Street, SE**
          **Washington, D.C. 20003**
          **(703) 383-3991/Telephone**
          **(703) 383-3998/Facsimile**

**Dated: May 20,2007  Counsel for Travis Grandison**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER

**UPON CONSIDERATION OF Plaintiff Travis Grandison's Motion for Leave to file out of time is Memorandum of Points and Authorities in Support and argument of counsel, it is this _____ day of _____ 2007,**

**ORDERED that Plaintiff Motion be and hereby is GRANTED.**


_____
**Judge Rosemary M. Collyer**