IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-00754 (RMC) |
| | ) |
| WACKENHUT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant Wackenhut Services, Inc. ("WSI"), with the consent of Plaintiff Travis Grandison, and pursuant to Rule 6(b), Fed. R. Civ. P., hereby requests that the Court grant WSI an extension of time until June 25, 2007 to file and serve its reply to Plaintiff's opposition to Defendant WSI's Motion to Dismiss.

1.     On April 30, 2007, Defendant filed a Motion for Partial Dismissal or, in the Alternative, For Partial Summary Judgment.

2.     On May 10, 2007, Plaintiff filed a Consent Motion for Extension of Time to File Reply to Defendant's motion on or before May 15, 2007.

3.     On May 16, 2007, Plaintiff filed another Motion for Extension of Time to File Reply, seeking to file his opposition on May 16, 2007. On that same day, the Court denied Plaintiff's motion for an extension of time because it was filed after the due day for his opposition brief.

4.     On May 20, 2007, Plaintiff filed a Consent Motion for Leave to File Motion out of Time pursuant to Rule 6(b)(2). On May 23, 2007, the Court granted Plaintiff's motion.

5.Thereafter, on June 7, 2007, Plaintiff filed his "Reply to Defendant's Motion for Partial Dismissal or, in the Alternative, for Partial Summary Judgment."

6.On June 4, 2007, Defendant sought the consent of Plaintiff to enlarge the time for Wackenhut Services, Inc. to reply to Plaintiff's opposition brief.  Through counsel, Plaintiff consented to an enlargement of time until June 25, 2007.

7.The press of litigation and other matters necessitate the requested enlargement.

8.The parties agree that the requested enlargement of time will not affect other scheduled events.

Therefore, for good cause and the reasons stated herein, Defendant Wackenhut Services, Inc. respectfully requests that the Court grant its Consent Motion for Enlargement of Time, and thereby extend until June 25, 2007 the time for Wackenhut Services, Inc. to file and serve a brief in reply to Plaintiff's opposition to Defendant's motion to dismiss.

Respectfully submitted,

ARENT FOX LLP

By:/s/ Kristine J. Dunne
Henry Morris, Jr. (Bar No. 375894)
Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile

*Counsel for Wackenhut Services, Inc.*

Dated: June 18, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of June, 2007, she caused a copy of the foregoing Defendant Wackenhut Services, Inc.'s Consent Motion for Enlargement of Time, to be transmitted via electronic filing to the following:

>Jay Schiffres, Esq.
>700 E Street, SE
>Washington, D.C.  20003
>Telephone:  (202) 383-3991
>Facsimile:  (202) 383-3998
>Email:  jschiffres@aol.com

>     /s/   Kristine J. Dunne
>Kristine J. Dunne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRAVIS GRANDISON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-00754 (RMC) |
| | ) | |
| **WACKENHUT SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, and for good cause shown, it is this ___ day of June, 2007, hereby

**ORDERED** that the Consent Motion for Enlargement of Time is granted; and

**ORDERED** that Defendant Wackenhut Services, Inc.'s reply in support of its Motion for Partial Dismissal or, in the Alternative, for Partial Summary Judgment is due June 25, 2007.

_____
Judge Rosemary M. Collyer

Copies to be served via eService upon:

    Jay Schiffres, Esquire
    700 E Street, S.E.
    Washington, D.C.  20003
    Telephone:  (202) 383-3991
    Facsimile:  (202) 383-3998
    Email:  jschiffres@aol.com
    *Counsel for Plaintiff*

    Henry Morris, Jr., Esquire
    Kristine J. Dunne, Esquire

LDR/202443.1

Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 857-6385
Facsimile:  (202) 857-6395
Email:  morris.henry@arentfox.com
Email:  dunne.kristine@arentfox.com
*Counsel for Defendant Wackenhut Services, Inc.*

LDR/202443.1