UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACKENHUT SERVICES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-754 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Partial Dismissal Or, in the Alternative, for Partial Summary Judgment [Dkt. Nos. 3 & 4] is **GRANTED**; and it is

**FURTHER ORDERED** that Count IIIB (Intentional Infliction of Emotional Distress), Count IV (Breach of Contract), Count VI (Breach of Covenant of Good Faith and Fair Dealing), and Count VIII (Due Process) are **DISMISSED**.

**SO ORDERED**.

DATE: September 25, 2007          /s/
                                  ROSEMARY M. COLLYER
                                  United States District Judge