**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TRAVIS GRANDISON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 1:07-cv-00754 (RMC)** |
| ) | |
| **WACKENHUT SERVICES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as lead counsel in the above-captioned case for Wackenhut Services, Inc.

    Respectfully submitted,

    ARENT FOX LLP

    By:    /s/ Henry Morris, Jr.
        Henry Morris, Jr. (Bar No. 375894)
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339
    (202) 857-6000/Telephone
    (202) 857-6395/Facsimile
    morris.henry@arentfox.com

    *Counsel for Wackenhut Services, Inc.*

Dated: October 23, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of October, 2007, he caused a copy of the foregoing Notice of Entry of Appearance, to be transmitted *via* electronic filing to the following:

>Jay Schiffres, Esquire
>700 E Street, S.E.
>Washington, D.C.  20003
>Telephone:  (202) 383-3991
>Facsimile:  (202) 383-3998
>Email:  jschiffres@aol.com

>\_\_\_/s/\_\_Henry Morris, Jr._____
>Henry Morris, Jr. (Bar No. 375894)
>Arent Fox LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5339
>(202) 857-6403/Telephone
>(202) 857-6395/Facsimile
>morris.henry@arentfox.com,