IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRAVIS GRANDISON,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 1:07-cv-00754 (RMC) |
| **WACKENHUT SERVICES, INC.,** | ) ) | Next Event: Initial Scheduling Conference, |
| **Defendant.** | ) ) ) | November 26, 2007, 12:00 p.m. |

## NOTICE OF ERRATA

Plaintiff, Travis Grandison, and Defendant, Wackenhut Services, Inc. ("WSI"), by and through their respective counsel, filed their Local Rule 16.3(d) Report on November 19, 2007, without a Proposed Order. Attached please find WSI's Proposed Scheduling Order.

        Respectfully submitted,

        ARENT FOX LLP

        By:    /s/ Kristine J. Dunne
             Henry Morris, Jr., Esq. (#375894)
             Kristine J. Dunne, Esq. (#471348)
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5339
        Telephone: (202) 857-6000
        Facsimile: (202) 857-6395
        Email: morris.henry@arentfox.com,
        dunne.kristine@arentfox.com

        *Counsel for Wackenhut Services, Inc.*

Dated: November 20, 2007

LDR/210775.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of November, 2007, she caused a copy of the foregoing Notice of Errata and WSI's Proposed Scheduling Order appended thereto, to be transmitted via electronic filing to the following:

>Jay Schiffres, Esquire
>700 E Street, SE
>Washington, D.C.  20003
>Telephone:  (202) 383-3991
>Facsimile:  (202) 383-3998
>Email:  jschiffres@aol.com

>     /s/   Kristine J. Dunne
>Kristine J. Dunne (Bar No. 471348)
>Arent Fox LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5339
>(202) 857-6000/Telephone
>(202) 857-6395/Facsimile
>dunne.kristine@arentfox.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:07-cv-00754 (RMC)** |
| ) | |
| **WACKENHUT SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## WSI'S PROPOSED SCHEDULING ORDER

This matter comes before the Court for an initial scheduling conference. This Court, having considered the parties' Rule 16.3 Report and the representations of their respective counsel, issues the following Scheduling Order.

It is hereby ORDERED that the Parties shall comply with the following directives:

1.    The deadline for joining additional parties and amending pleadings shall be December 26, 2007.

2.    All discovery, including expert witness discovery, shall be concluded by April 24, 2008. All discovery requests must be served early enough so that the responses are due no later than the discovery cut-off date.

3.    The number of depositions, not including expert witness depositions, shall be limited to 5 per party. The number of interrogatories, including subparts, shall be limited to 25 per party.

4.    Plaintiff shall name his expert witnesses and submit expert witness reports and information under Fed. R. Civ. P. 26(a)(2) by January 25, 2008. Defendant shall name its expert

LDR/210774.1

witnesses and submit expert witness reports and information under Fed. R. Civ. P. 26(a)(2) by February 25, 2008.  All expert witness depositions shall be completed by the close of discovery.

     5.     Summary judgment motions shall be filed by June 9, 2008.  Opposition briefs shall be filed 30 days after summary judgment motions are filed.  Reply briefs shall be filed 21 days after opposition briefs are filed.

     6.     The pretrial conference shall take place approximately 60 days after the Court rules on any summary judgment motions.

     7.     Production of all documents, including electronic documents, shall be in paper copy, unless otherwise agreed by the parties.  The parties will be allowed at the time of production of electronic documents to assert privilege and will so indicate.

     8.     Defendant's electronic discovery obligations shall be limited to preserving and producing electronic documents relevant to the claims and defenses raised in this action that are contained on the computers or servers of the following Wackenhut officials and offices germane to this case:  Kevin Conry (home and work computer), Chuck Carroll (home and work computer), and the Human Resources Office.

     9.     Court-supervised mediation shall be scheduled for a date following the close of discovery.

                          SO ORDERED.

                            _____
                            Judge Rosemary M. Collyer
                            United States District Judge

Dated: November ___, 2007