UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRAVIS GRANDISON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-754 (RMC) |
| WACKENHUT SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The parties have had repeated telephone conferences with the Court because of Plaintiff's continuing failure to abide by the rules of discovery and orders of this Court. Plaintiff is warned that if any further misconduct occurs, this Court will entertain a motion to dismiss as a sanction for failure to prosecute and failure to cooperate in discovery.

**SO ORDERED**.


Date: March 13, 2008                                   /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge