IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACKENHUT SERVICES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-00754 (RMC) |

**STIPULATION REGARDING USE OF AND ACCESS TO CONFIDENTIAL INFORMATION THAT WACKENHUT SERVICES, INC. DISCLOSES IN RESPOSNE TO PLAINTITF'S DISCOVERY**

Recognizing that Plaintiff's written discovery requests call for Wackenhut Services, Inc. ("WSI") to disclose personnel, health, financial, social security, and/or other confidential information concerning WSI employees and/or job applicants other than Plaintiff ("Confidential Information"), the parties stipulate, through their respective undersigned counsel, that Plaintiff and his counsel shall limit their use and disclosure of such information as set forth in herein.

1. Plaintiff and his counsel shall use Confidential Information solely for this action or any appeal thereof.

2. Plaintiff and his counsel shall disclose Confidential Information only to individuals who have a need to review the Confidential Information for this action.

3. Before disclosing Confidential Information to anyone, Plaintiff and his counsel will ensure that the individuals to whom they contemplate disclosing it agree to disclose the Confidential Information no further.

RPP/255321.1

4. At the conclusion of this action, or any appeal thereof, Plaintiff and his counsel will return to WSI's counsel or destroy all Confidential Information, and any copies thereof, that WSI produced in this action.

SO STIPULATED:

ARENT FOX PLLC

By: _____
Henry Morris, Jr. (Bar No. 375894)
Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile

Attorneys for Wackenhut Services, Inc.


JAY SCHIFFRES

By: _____
Jay Schiffres (Bar No. 185488)
700 F Street, SE
Washington, DC 20003
(703) 383-3991

Counsel for Plaintiff


SO ORDERED:


_____
United States District Court Judge

Dated: _____

RPP/255321.1                                    -2-