UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRAVIS GRANDISON,            )
                             )
    Plaintiff,                )
                             )   Civil Action No. 1:07-cv-00754(RMC)
                             )
v.                           )
                             )
WACKENHUT SERVICES, INC      )
                             )
                             )
    Defendant                )
_____)

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Plaintiff, by and through the undersigned counsel, hereby requests that the Pre-Trial Conference currently scheduled for May 2, 2008 be continued to a date convenient for the Court and all parties herein. As grounds for this request, Plaintiff states as follows:

1. Plaintiff's counsel has been undergoing treatment for an eye disorder at the Wilmer Center-John Hopkins University in Baltimore, Maryland. The undersigned receives one injection to his right eye every month and the procedure takes between four (4) to six (6) hours.

2. Due to physician scheduling changes the undersigned's next appointment has been scheduled for May 2, 2008.

3. If the undersigned does not receive his injection on May 2, 2008 this would likely interrupt his treatment plan.

4. Both counsel are available to attend a hearing on May 5, 6th, 8th and 9th or at anytime convenient with all parties.

5. Counsel for Defendant does not oppose this motion.

For the above reasons, it is respectfully requested that the currently scheduled hearing in this matter be changed.

Respectfully submitted

/s/
Jay Schiffres
700 E Street, S.E.
Washington, D.C. 20003
Bar Number 185488
(703) 383-3991
FAX (703) 383-3998
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRAVIS GRANDISON,                )
                                 )
        Plaintiff,                )
                                 )
                                 ) Civil Action No. 1:07-cv-00754(RMC)
                                 )
        v.                        )
                                 )
WACKENHUT SERVICES, INC          )
                                 )
                                 )
        Defendant                )
_____ )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

1. Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON, )<br>)<br>Plaintiff, )<br>) | Civil Action No. 1:07-cv-00754(RMC) |
| v. )<br>)<br>WACKENHUT SERVICES, INC )<br>)<br>)<br>Defendant )<br>) | |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Continue the Pre-Trial Conference, the points and authorities and argument of counsel it is this

_____day of 2008

ORDERED That Plaintiff's motion is granted and it is further

ORDERED That the Pre-trial Conference be set for _____2008

_____
Judge Rosemary M.Collyer