IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON,                )<br>                                                  )<br>            Plaintiff,              )<br>                                                  )<br>        v.                                     )<br>                                                  )<br>WACKENHUT SERVICES, INC.,)<br>                                                  )<br>            Defendant.            )<br>                                                  ) | Civil Action No. 1:07-cv-00754 (RMC) |

## PRAECIPE

Wackenhut Services, Inc., by and through its undersigned counsel, and pursuant to the Court's May 8, 2008, Order, hereby informs the Court that it does not wish to engage in mediation.

ARENT FOX PLLC

By: _____
Henry Morris, Jr. (Bar No. 375894)
Kristine J. Dunne (Bar No. 471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile

Attorneys for Wackenhut Services, Inc.

RPP/255321.1