IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-00754 (RMC) |
| ) | |
| WACKENHUT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

On March 28, 2008, the United States Court of Appeals for the District of Columbia Circuit issued its decision in *Brady v. Office of the Sergeant at Arms, United States House of Representatives*, 520 F.3d 490 (D.C. Cir. 2008). In it, the Court held that, at the summary judgment stage in a Title VII disparate treatment case, the district court need not, and should not, decide whether the plaintiff has established a prima facie case, if the employer asserts a legitimate, non-discriminatory reason for its challenged adverse action.

> Lest there be any lingering uncertainty, we state the rule clearly: In a Title VII disparate-treatment suit where an employee has suffered an adverse employment action and an employer has asserted a legitimate, non-discriminatory reason for the decision, the district court need not- *and should not*-decide whether the plaintiff actually made out a prima facie case under *McDonnell Douglas*. Rather, in considering an employer's motion for summary judgment or judgment as a matter of law in those circumstances, the district court must resolve one central question: Has the employee produced sufficient evidence for a reasonable jury to find that the employer's asserted non-discriminatory reason was not the actual reason and that the employer intentionally discriminated against the employee on the basis of race, color, religion, sex, or national origin?

*Id*. at 494.

RPP/261416.2

The Circuit Court's holding is relevant to Section III.A.4.c. of Wackenhut's Memorandum in Support of its Motion for Summary Judgment.

Respectfully submitted,

ARENT FOX PLLC


By: /s/ Henry Morris, Jr.
Henry Morris, Jr., (#375894)
Kristine J. Dunne (#471348)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000/Telephone
(202) 857-6395/Facsimile

*Counsel for Wackenhut Services, Inc.*