UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| WACKENHUT SERVICES, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

Plaintiff's reply to Defendant's motion was due yesterday July 9, 2007. Unfortunately, while the Plaintiff's opposition was complete yesterday, the undersigned was unable to properly access the electronic case filing system and will be in contact with the appropriate division of the Court to enable the undersigned to file the Opposition today or at the latest tomorrow. Counsel contacted counsel for the Defendant seeking consent but has not as yet heard back from him. Counsel respectfully requests that Plaintiff be allowed to file Plaintiff's reply today, July 10, 2008 or tomorrow July 11, 2008,

Respectfully submitted,

Jay Schiffres, Esq., D.C. Bar 185488
700 E Street, SE
Washington, D.C. 20003
(703) 383-3991

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| WACKENHUT SERVICES INC. ) | |
| ) | |
|     Defendant ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

1. Federal Rules of Civil Procedure.

                      Respectfully submitted,

                      **Jay Schiffres, Esq., D.C. Bar 185488**
                      700 E Street, SE
                      Washington, D.C. 20003
                      (703) 383-3991/Telephone

**Dated: May 10, 2007**      Counsel for Travis Grandison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Defendant ) | |
| ) | |

### ORDER

UPON CONSIDERATION OF Plaintiff Travis Grandison's Motion For an Extension of Time to file an Opposition to Defendant's Motion for Summary Judgment , the Memorandum of Points and Authorities in Support and argument of counsel, it is this _____ day of July2008 ORDERED  that Plaintiff Motion be, and hereby is GRANTED in its entirety and it is further ORDERED that Plaintiff's reply to Defendant's Motion be extended to close of business on July 11, 2008.

_____

**Judge Rosemary M. Collyer**

3