THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLULMBIA

| | |
|---|---|
| **Travis Grandison** : | |
| : | |
| **Plaintiff** : | |
| : | Civil Action No.107-cv-00754(RMC) |
| : | |
| : | |
| **v.** : | |
| : | |
| **Wackenhut Services Incorporated** : | |
| : | |
| **Defendant** : | |
| : | |

### PLAINTIFF'S ERRATA DOCUMENT

The undersigned mistakenly did not attach exhibits to Plaintiffs reply to Defendants motion for summary judgment and respectfully requests that the attached exhibits be accepted for filing.

                                            /s/
                                   Jay Schiffres, Bar #185488
                                   700 E Street, S.E.
                                   Washington, DC 20003
                                   (703) 383-3991

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLULMBIA

| | |
|---|---|
| **Travis Grandison** | : |
| | : |
| **Plaintiff** | : |
| | : Civil Action No.107-cv-00754(RMC) |
| | : |
| | : |
| **v.** | : |
| | : |
| **Wackenhut Services Incorporated** | : |
| | : |
| **Defendant** | : |
| | : |

**PLAINTIFF'S ERRATA DOCUMENT**

The undersigned mistakenly did not attach exhibits to Plaintiffs reply to Defendants motion for summary judgment and respectfully requests that the attached exhibits be accepted for filing.

                                             /s/
                                 **Jay Schiffres, Bar #185488**
                                 **700 E Street, S.E.**
                                 **Washington, DC 20003**
                                 **(703) 383-3991**