UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVIS GRANDISON )<br>)<br>  Plaintiff )<br>)<br>  v. )<br>)<br>WACKENHUT SERVICES, INC. )<br>)<br>  Defendant )<br>_____ ) | Civil Action No. 1:07-EV-00754(RMC) |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

Plaintiff's reply to Defendant's motion was July 9, 2007. Today, the Court granted Plaintiff's Motion for Extension of time to file Plaintiff's opposition until July 11, 2007. On July 11, 2007, the undersigned filed the motion but learned yesterday that the exhibits were not in proper order. The undersigned contacted chambers and spoke to the Judge's clerk who said that if the exhibits were not in proper order the Court may realign them. However, since the exhibits were to confusing the undersigned filed the exhibits today. Counsel respectfully requests that the Erata and exhibits filed today be accepted and that the Defendant be granted six (6) additional days to file its reply. The undersigned attempted to contact counsel for Defendant today for his consent but was unable to reach him.

Respectfully submitted,

_____
Jay Schiffres, Esq., D.C. Bar 185488
700 E Street, SE
Washington, D.C. 20003
(703) 383-3991

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **WACKENHUT SERVICES INC.** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

1. Federal Rules of Civil Procedure.

                              Respectfully submitted,

                              **Jay Schiffres, Esq., D.C. Bar 185488**
                              **700 E Street, SE**
                              **Washington, D.C. 20003**
                              **(703) 383-3991/Telephone**

**Dated:  July 15, 2007**       Counsel for Travis Grandison

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRAVIS GRANDISON** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 1:07-EV-00754(RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF Plaintiff Travis Grandison's Motion For an Extension of Time to file an Opposition to Defendant's Motion for Summary Judgment , the Memorandum of Points and Authorities in Support and argument of counsel, it is this _____ day of July2008 ORDERED  that Plaintiff Motion be, and hereby is GRANTED in its entirety and it is further ORDERED that Plaintiff's exhibits  be accepted for filing as of today and that Defendant be granted an additional _____ days in which to file a reply.

**Judge Rosemary M. Collyer**